**No. 62500.**—S. Berger Co. and Keff Co., Inc. *v.* United States, protests 330462–K and 330533–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron pictures the same in all material respects as those the subject of *Marshall Field & Co.* v. *United States* (45 C. C. P. A. 72, C. A. D. 676), the claim of the plaintiffs was sustained.

**No. 62501.**—William A. Hoffman, Inc. *v.* United States, protest 322496–K (New York).

Opinion by WILSON, J. The protest was dismissed for lack of of prosecution.

**No. 62502.**—A. Zerkowitz & Co., Inc. *v.* United States, protest 327607–K (New York).

Opinion by WILSON, J. The protest was dismissed for lack of prosecution.

**No. 62503.**—A. Zerkowitz & Co., Inc. *v.* United States, protest 327608–K (New York).

Opinion by WILSON, J. The protest was dismissed for lack of prosecution.

BEFORE THE THIRD DIVISION, DECEMBER 1, 1958

**No. 62504.**—Briones & Co., Inc., et al. *v.* United States, protests 318250–K, etc. (New York).

Opinion by JOHNSON, J. It was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited, it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found. The protests were sustained to this extent.

**No. 62505.**—Air Express International Corp. *v.* United States, protest 323188–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.